UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MUHAMMAD FAROOQ,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No.:  3:26-cv-01496-CAB-BJW

**ORDER GRANTING A WRIT OF HABEAS CORPUS**

Petitioner Muhammad Farooq, who was born in Pakistan, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner alleges that he has been held in immigration detention by Respondents since he crossed the United States border seeking asylum on March 26, 2025.  [*Id.* at 2.]  He was ordered removed on July 28, 2025; Respondents have been unable to remove him since then because he does not have a passport or any document identifying him as a Pakistani citizen. [*Id.*]  Respondents acknowledge that they have been unable to remove Petition and that he is therefore "entitled to be released from custody 'subject to supervision under regulations prescribed by the Attorney General.'"  [Doc. No. 5 (emphasis removed) (citing 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5(a)).]

///

///

1

The Court therefore **GRANTS** a writ of habeas corpus and **ORDERS** Respondents to immediately release Muhammad Farooq subject to supervision under regulations prescribed by the Attorney General, including the requirements of 8 U.S.C. § 1231(a)(3). The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: March 18, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-01496-CAB-BJW